AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:15-CR-95 |
| Abdirahman Sheik Mohamud | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                              .

Date:      03/29/2016

/s/ Jessica H. Kim
*Attorney's signature*

Jessica H. Kim (0087831)
*Printed name and bar number*

303 Marconi Boulevard
Suite 200
Columbus, OH 43215

*Address*

jessica.kim@usdoj.gov
*E-mail address*

(614) 469-5715
*Telephone number*

(614) 469-5653
*FAX number*