IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                       Case No. 2:15-cr-95

Abdirahman Sheik Mohamud

ORDER

    In a telephonic status conference held on April 11, 2016, the parties jointly requested a continuance of the trial, which is currently scheduled on April 18, 2016.  Based upon the joint request of the parties, the court finds pursuant to 18 U.S.C. §3161(h)(7) that a continuance is warranted in the interests of justice and that the need for a continuance outweighs the best interests of the defendant and the public in a speedy trial.  The oral motion is granted.  The trial is continued to October 17, 2016, at 9:00 a.m.  The court orders that the transcript of the telephonic status conference held on April 11, 2016, is hereby sealed.

Date: April 11, 2016             s/James L. Graham
                      James L. Graham
                      United States District Judge