UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

    v.                                      Case No. 2-15-CR-95

Abdirahman Sheik Mohamud,          Judge James L Graham

    Defendant.

## MOTION TO OBTAIN COPY OF TRANSCRIPT

We request all transcripts be unsealed and be made part of the public record.

                                               *Gabrielle Banks*
                                               Gabrielle Banks
                                               4747 Southwest Fwy., Houston, TX, 77027

### CERTIFICATE OF SERVICE

I certify that a copy of this Motion has been filed through the Court's ECF system and available to all registered users on X.

                                               *Gabrielle Banks*
                                               Gabrielle Banks
                                               4747 Southwest Fwy., Houston, TX, 77027