IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　　No. 2:15-cr-00095
　　　Plaintiff,

vs.

　　　　　　　　　　　　　　　　　　　　　JUDGE GRAHAM

ABDIRAHMAN SHEIK MOHAMUD,
a/k/a "Ayanle,"
　　　Defendant.

### DEFENDANT'S RESPONSE TO BANKS' MOTION TO OBTAIN COPY OF TRANSCRIPT

　　Defendant, Abdirahman Sheik Mohamud, through undersigned counsel, concurs with the Government in opposing Gabrielle Banks' Motion to unseal transcripts.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Samuel H. Shamansky**
　　　　　　　　　　　　　　　　　　　　SAMUEL H. SHAMANSKY CO., L.P.A
　　　　　　　　　　　　　　　　　　　　Samuel H. Shamansky (0030772)
　　　　　　　　　　　　　　　　　　　　Julie G. Keys (0092537)
　　　　　　　　　　　　　　　　　　　　523 South Third Street
　　　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　　　T: (614) 242-3939
　　　　　　　　　　　　　　　　　　　　F: (614) 242-3999
　　　　　　　　　　　　　　　　　　　　shamanskyco@gmail.com

　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of the filing to Assistant U.S. Attorney, Douglas W. Squires, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215 on December 1, 2016.

                                          **/s/ Samuel H. Shamansky**
                                          SAMUEL H. SHAMANSKY