IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                        Case No. 2:15-cr-95

Abdirahman Sheik Mohamud

ORDER

This matter is before the court on the pro se motion of Gabrielle Banks filed on November 7, 2016. The motion states in its entirety: "We request all transcripts be unsealed and be made part of the public record." Although the motion does not so indicate, the government states in its response that a Gabrielle Banks is listed as a reporter for the Houston Chronicle, and that the movant's address on the motion is the business office of the Houston Chronicle. The government has filed a response in opposition to the motion, in which defendant has joined.

The motion fails to comply with S.D. Ohio Civ. R. 7.2(a)(1), which provides: "All motions ... shall be accompanied by a memorandum in support thereof which shall be a brief statement of the grounds, with citations of authorities relied upon." S.D. Ohio Civ. R. 7.2(a)(1). Rule 7.2(a)(1) applies as well to criminal cases. See S.D. Ohio Crim. R. 1.2 (providing that the local civil rules shall apply to criminal actions, with certain exceptions not applicable here). The motion does not provide the grounds for the motion or supporting authorities of any kind. The failure to comply with Rule 7.2(a)(1) warrants the denial of the motion. See Lyon v. Yellow Transportation, Inc., No. 2:08-cv-464, 2009 WL 1604807 at *6 (S.D.Ohio June 8, 2009)(denying motion wholly devoid and authority and citing cases); Logan Farms v. HBH, Inc. DE, 282 F. Supp.2d 776, 796 (S.D. Ohio 2003)(denying motions which failed

to comply with rule).

    Even if this court were to speculate as to the grounds for the motion, as the government has done in its response, no basis has been shown for reconsideration of the previous seal orders, and the motion to unseal transcripts is denied.

Date: December 16, 2016                          s/James L. Graham
                                                James L. Graham
                                                United States District Judge