IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                        Case No. 2:15-cr-95

Abdirahman Sheik Mohamud

## ORDER

    The uncontested motion for partial unsealing filed by the government is granted.  Docket entry #41, including the courtroom minutes sheet and the revised statement of facts attached to that entry, are hereby unsealed.  The transcript of the change of plea proceedings on August 14, 2015, shall remain under seal.

Date: June 29, 2017                      s/James L. Graham
                                        James L. Graham
                                        United States District Judge