IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION

United States of America

        v.                          Case No. 2:15-cr-95

Abdirahman Sheik Mohamud

                            ORDER

        Pursuant to 18 U.S.C. §3552(c), this court may order the
defendant to undergo a psychological examination in order to obtain
information concerning the defendant's mental condition which is
not provided in the presentence investigation report, and may order
the preparation of the type of report which may be ordered under 18
U.S.C. §4244(b).

        Pursuant to 18 U.S.C. §3552(c), this court orders that the
defendant undergo a psychological evaluation to determine the
defendant's mental condition.  The court further orders that
following the evaluation, a report shall be provided to the court
within thirty days, if possible, concerning the results of that
evaluation.  The report shall include the examiner's opinion
concerning: 1) whether the defendant is likely to repeat the
charged offenses or engage in similar activities in the future; 2)
the existence of any underlying psychological factors which led the
defendant to commit the offenses; 3) recommendations for
appropriate treatment, both during and after a term of
incarceration; and 4) recommendations concerning any appropriate
limitations on the defendant's activities during a period of
supervised release.

        The court appoints Dr. Kristen E. Haskins, Psy.D., 4927 Snowy
Creek Drive, Grove City, Ohio, 43123, (614) 204-7475, to conduct
this evaluation.  The court further orders that Dr. Haskins be

granted entry into the jail or other facility where defendant is presently incarcerated for the purpose of interviewing defendant and conducting this evaluation.

The court further authorizes disclosure of a copy of the presentence investigation report ("PSR") to Dr. Haskins for her use in completing the mental health evaluation ordered by the court. The PSR provided to Dr. Haskins shall not be copied or distributed to anyone outside of Dr. Haskin's office, except by further authorization of this court. The PSR must be returned to counsel for the government after the case is concluded.


Date: August 29, 2017          _____s/James L. Graham_____
                               James L. Graham
                               United States District Judge