```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                                  Case No. 2:15-cr-95

Abdirahman Sheik Mohamud

<u>ORDER</u>

On August 29, 2017, this court held a status conference in the above case and requested counsel's assistance in obtaining information. The court has now received Dr. Haskins' report and an addendum to the presentence report from the probation officer. The court would like to reschedule the sentencing hearing, and directs that any information counsel has obtained should be filed with the court by November 1, 2017.

Date: October 23, 2017                    s/James L. Graham
                                              James L. Graham
                                              United States District Judge