# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | : | Criminal No. 2:15-cr-095 |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | Judge Graham |
| Abdirahman Sheik Mohamud, | : | |
| *Defendant.* | : | |

## NOTICE OF APPEARANCE

Kimberly Robinson, Assistant United States Attorney, hereby gives notice that she is entering an appearance as co-counsel for the United States, in the above captioned case.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Kimberly Robinson
KIMBERLY ROBINSON (0086042)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
E-mail: Kim.Robinson@usdoj.gov

## Certificate of Service

I hereby certify that a copy of the foregoing Notice was served this 26th day of October, 2017, electronically on all parties of record.

s/Kimberly Robinson
KIMBERLY ROBINSON (0086042)
Assistant United States Attorney