```
            THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHER DISTRICT OF OHIO
                    EASTERN DIVISION


   United States of America       2:15-cr-000095-1
                                   Judge Graham
        vs.

   Abdirahman Sheik Mohamud
```

## NOTICE OF HEARING

This case has been scheduled for **SENTENCING HEARING** on **Friday, December 1, 2017 at 9:30 a.m.** before The Honorable James L. Graham, in Courtroom #5, at 85 Marconi Blvd., 1st Floor, Columbus, Ohio. **Any additional sentencing memoranda are due by November 27, 2017.**
November 3, 2017

*The following schedule is established:*
*(1) Any sentencing memorandum must be filed no later than seven days prior to sentencing. The memorandum shall address the statutory sentencing factors, including any proposed variances from the guideline sentencing range.*
*(2) A reply memorandum, while not necessary, shall be filed no later than three days prior to sentencing.*
*(3) Motions under 18 U.S.C. §3553(e) or U.S.S.G. §5K1.1 shall be filed at least three days prior to sentencing.*

```
                              JAMES L. GRAHAM
                              US DISTRICT JUDGE
```
**s/Denise M. Shane**
**Courtroom Deputy Clerk**
**614-719-3205**
[Denise_Shane@ohsd.uscourts.gov](mailto:Denise_Shane@ohsd.uscourts.gov)