```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

United States of America

    v.                                     Case No. 2:15-cr-95

Abdirahman Sheik Mohamud

<u>ORDER</u>

The undersigned judge hereby recuses himself from the above case. The clerk of courts shall reassign the case to another judge by random draw.

Date: November 29, 2017             <u>    s/James L. Graham    </u>
                                          James L. Graham
                                          United States District Judge