UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,
    Plaintiff,

v.

Abdirahman Shek Mohamud,
    Defendant.

Case No. __2:15cr95__
Judge Michael H. Watson

**CRIMINAL SENTENCING MINUTES**
before
**Judge Michael H. Watson**

Courtroom Deputy: **Jennifer Kacsor**
Court Reporter: **Lahana DuFour**
Date: **January 22, 2018**  Time: **Commenced** 11:10 **Concluded** 12:15 **Total** 55 mins.

United States Attorney: __Doug Squires__  Defendant's Attorney: __Sam Shamansky__

☑ Dft plead to Count(s) __1-3__ of (indictment)- Information
☐ Motion filed by USAO to dismiss Count(s) ____ of Indictment

*Procedure*:

☑ Sentencing
☐ Deft Sworn
☐ Supervised Release Violation hearing held.
☑ PSI reviewed by the parties.
☑ No Objections  ☐ Objections  ☐ Plaintiff  ☐ Defendant
☑ Considered for sentencing (☐ letter(s) from ____; ☐ sentencing memo from ____;
  ☐ other ____
☐ Motion filed by USA for downward departure. ☐ Side bar held. ☐ Court ordered in open Court____
☑ Informed of Defendant's Right to Appeal
☐ Clerk to Prepare Appeal Notice

*Sentencing*:
☑ Defendant sentenced.
☐ Probation ____ Years
☑ Custody __264__ Months (remanded/vol sur.)
☑ Supervised Release __10__ Years ( Mo.)
☑ Standard/Special Conditions of Sup'd Rel/Probation

☐ Fine $____ (interest waived)
☑ Special Assessment $ __300.00__
☐ Restitution $____
☐ Forfeiture (see J&C)
☐ See J&C for Special Instructions re: payment
☐ Denial of Benefits (see J&C)

| ☑ No firearms, etc & Collect in DNA | ☐ Home Confinement ( __ Months) | ☐ No access to computer online service | ☐ Turn over financial info to USPO |
|---|---|---|---|
| ☐ No new lines of credit | ☐ Register as a sex offender | ☐ Credit counseling | ☑ Obtain GED |
| ☐ Community Service ( __ months) | ☑ No alcohol | ☑ Mental Health Treatment | ☑ drug testing and treatment |
| ☑ IFRP  ☑ Vocational Training | ☐ 500 Hour Residential Drug Treatment Program | ☐ Non-Residential Drug Treatment Program | ☐ Court to recommend facility near |

☑ Cooperate w/ICE