Abdirahman S. Mohamud  12/12/17
#150003830
FCCC

Dear Judge Watson

Sir, I ask you for lenience. I have undergone more than two years ten months of hardship in this County Jail without sunlight and fresh air. I would like to purpose an idea that is Completely Just and Fair. I Should be Deported. Even though I don't want to leave my Country and my family, but I truly Believe I don't deserve Prison at all. Judge Watson there has been no harm by the grace of the lord and I have been fully Coopertive so if the Concern is Risk assesment then Deportation would set everyone's hearts at ease. Your honor I don't deserve prison even for a day I have fully Cooperated and ask for lenience, I hope you make the right decision.

Sincerly Abdirahm Mohamud

12/15/17

#150003830

Dear Judge Watson

Sir, I would like to put in a Motion of removing Sam Shamansky as my attorney. I fired him last week. and he did not yet give me the termination papers for me to sign off. Respectfully I no longer want him as my Councel, he and I are not Comunicating well.

Sincerly Abdirahman Sheikh Mohamud

1/9/18 motion Withdrawn by the D in open court.