Dear Judge Watson

Your honour I have grown and matured over the last few years and learned from my mistakes and It all lead me to my Calling in life my purpose. That is to Save and guide the muslim youths in America so they don't fall victim to the same radical terrorism trap I fell into. I can explain to the youth in America never betray the country that took you in, Sheltered you, clothed you, gave you a free education because that is not the way of a muslim and that is not the way of Prophet Mohamen (Pbuh). Your honour my face was on the world news across America, Can you imagine that same person is making speechs at Mosques, Campus and public gathering telli people not to get radicalized terrorism is not Islam I believe by me doing that the trerorist lose, they hate it when Someone like me is on the right Path, and warning the youth. Your honour were living in times where terrorism is not bombs and gun anymore, It's cars and trucks and knifes thats why I'm so eager to Combat that radical ideology, because your honour I have something that a PhD in terrorism, Psychologist and an Imam don't have I Lived It and my words to the American youth will Weight more and have more of an Impact. So Your honour I'm asking you to do the right thing and release me on strict Supervised release whether on house arrest or half-way house →

regardless, Just let me out in front of the youth at Mosques of schools and not let them make the same Mistake I did. If possible I could speak to the young muslim Americans while in Prison but in Prisons there are Extremist who don't like what im saying and I could seriously get hurt. Your honour deterring People isn't by give long Sentences because how can they be deterred If they never experienced incarciration. Also that radicalized youth who seen me on the news get 22 years will forget about it in 2 months. but if you give me a chance I can keep reminding them at every Mosque, Campus, High School and public gatherings I just need to stay consistent by your help. Your honour I am like a tool in your tool box don't let me rust away, use me. Your honour I'm going to do this with or with out you ever if it takes me 13 years down the road but you and I know the de-radicalization and Combating domestic terrorism and someone like me who went to Syria, lost a loved one, got radicalized, went to Jail changed his life around is truly needed today. That is truly deterring People and Community Service and National Security all in One. So your honour give me a chance because not everyday do you find someone like me who went through all of this and turned his life around, this is my calling my purpose in life. thank you.

P.S Please get a hold of Sam Shamansky if you agree, and would help me help the youth.

Sincerly Abdirahman Mohamud