UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

v.

**Abdirahman Sheik Mohamud,**

**Defendant.**

Case No. 2:15-cr-95

Judge Michael H. Watson

## ORDER

On January 22, 2018, the Court sentenced Abdirahman Sheik Mohamud ("Defendant") to a total term of imprisonment of 264 months. Judgment was entered on February 5, 2018. On April 24, 2018, the Court received a letter from Defendant respectfully requesting the Court release Defendant on supervised release. Letter, ECF No. 144.

The Court no longer has jurisdiction over Defendant's sentence. A federal statute, 18 U.S.C. § 3582(c), deprives the Court of jurisdiction to modify Defendant's sentence. The only way Defendant's sentence can be modified is if the Director of the Bureau of Prisons files a motion based on extraordinary or compelling circumstances, if the Government files a motion under Federal Rule of Criminal Procedure 35, or if the United States Sentencing Commission lowers a sentencing range. *Id.*

For this reason, the Court cannot provide any relief based on the letter it received.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**