#72994061　　　　　　　　　　　　　　　　　　　　　　11/15/18

#▓▓▓▓

#541600645

Dear Judge Watson,

In regardes of this letter, this is a Motion for me to be denaturalized, to give up my U.S Citizenship at Once and to be deported back to Somalia either at the End of my time, or in the middle of my time, or immediately. I request to be deported immediately to save the U.S Government money.

P.S this is my choice and no lawyer may over step my motion.

Abdirahman Mohamud

From Abdirahman Mohamud
Forrest City Medium FCI
Po Box 3000
Forrest City, AR 72336-3000

MEMPHIS TN 380
19 NOV 2018 PM 4 L

FEDERAL CORRECTIONAL INSTITUTION MEDIUM
DATE 11-16-14
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

72994-061
Judge Watson
85 Marconi BLVD
Columbus, OH 43215
United States

43215-282399