UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.   Case No. 2:15-cr-95

Abdirahman Sheik Mohamud,   Judge Michael H. Watson

Defendant.

ORDER

On January 22, 2018, the Court sentenced Abdirahman Sheik Mohamud ("Defendant") to a total term of imprisonment of 264 months. Judgment was entered on February 5, 2018. On November 28, 2018, the Court received a letter from Defendant moving to be denaturalized. Specifically, Defendant requests to give up his United States citizenship and be deported immediately, in the middle of his term of imprisonment, or at the end of his imprisonment.

The Court no longer has jurisdiction over Defendant's sentence. A federal statute, 18 U.S.C. § 3582(c), deprives the Court of jurisdiction to modify Defendant's sentence. The only way Defendant's sentence can be modified is if the Director of the Bureau of Prisons files a motion based on extraordinary or compelling circumstances, if the Government files a motion under Federal Rule of Criminal Procedure 35, or if the United States Sentencing Commission lowers a sentencing range. *Id.*

For this reason, the Court cannot provide any relief based on the letter it received.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT