Abdirahman S. Mohamud  7/31/19
Case # 2:15-CR-95

19 AUG -8 PM 1:45
U.S. DIST...
SOUTHERN ... OHIO
EAST. DIV. COLUMBUS

This is a written document in accordance with the order given by the Court to waive my Sam Shamansky attorney-client privileges. I understand and accept that it will be liMited solely to any communication between my former counsel and I with regards to my factual claims for relief. Also I was under the impression that the 2255 automatically gives up my attorney right.

I hereby formally give up my rights to attorney client privilege with Sam Shamansky to the extent the Court has Allowed.

*(signature)*

Abdirahmaan S. Mohamud 72994061
Forrest City AR, 72336 FCI
Federal Correctional Institution Medium
Po Box 3,000

MEMPHIS TN 380
05 AUG 2019 PM 2 L

FEDERAL CORRECTIONAL INSTITUTION MEDIUM
DATE 8-2-19
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

⇨72994-061⇦
Judge Watson
85 Marconi BLVD
Columbus, OH 43215
United States

43215-262398