FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 OCT 10  PM 2:22

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
EAST. DIV. COLUMBUS

In response to the claims of the respondents.

(1) The Courts understand that because of my imprisonment and lock-downs mailing can be an issue sometimes.

(2) The prosecuters made a big Error to say that Mr. Mohamud knew this group Jabhat Al Nosrah was a Terrorist organization and that going over seas were all againts Federal law and is a federal Crime. But if you look a Raihan v.s United States the wording is clear "you must know your commiting a federal Crime when commiting it." Which I never knew going overseas or lying to FBI was a Federal Crime. The prosecuters listed below that Jamat-Al Tawhid-wal Jihad, as a Terrorist organization, I don't know who this group was until recently because of research in the law library. My charges states Jabhat Al Nosrah not Jabhat Al Tawhid-wal Jihad. Another important point, I didn't Speak Arabic. The prosecuter have lied by saying "his intentions to go over seas was terroristic" which is impossible to know Peoples intentions.

(3) The Courts have respectfully accepted my Supplement Claims.

So I ask the Courts to disregard the prosecutors, I ask for relief and Justice.

FEDERAL CORRECTIONAL INSTITUTION/MEDIUM

DATE: 2-11-19

"THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM
WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR
FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE
FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS."

NAME: Abdirahman Mahamud 72994061

FCI Forrest City
Federal Correctional Complex-Med
P.O. Box 3000
Forrest City, AR 72336

FOREVER USA

⟨⟩72994-061⟨⟩
Judge Watson
85 Marconi BLVD
Columbus, OH 43215
United States

Correspondence received does not
qualify as SPECIAL/LEGAL MAIL, due to
the following:

_____ Addressee not identified by name

_____ Correspondence does not state "Open in Presence
of Inmate" or similar language

_____ Addressee did not indicate their title as an attorney